AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cohill, Jr., Maurice B. | U.S. District Court, W. D. PA | 08/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

8170 U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Board of Fellows (unpaid) | National Center for Juvenile Justice |
| 2. | Director, Board of Directors (unpaid) | George Junior Republic, Grove City, PA |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/12 | Commonwealth of Pennsylvania State Employees' Retirement System (Pension) | $9,026.88 |
| 2. 12/31/12 | National Financial Services LLC (IRA Distribution) | $24,615.41 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegheny Energy Inc | A | Dividend | J | T | | | | | |
| 2. Citigroup | A | Dividend | J | T | | | | | |
| 3. Delphi Automotive | A | Dividend | J | T | | | | | |
| 4. E.I. Du Pont | A | Dividend | J | T | | | | | |
| 5. General Electric Corp | A | Dividend | J | T | | | | | |
| 6. General Motors (worthless) | A | Dividend | J | T | | | | | |
| 7. IBM | A | Dividend | J | T | | | | | |
| 8. Black Box Corp | A | Dividend | J | T | | | | | |
| 9. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 10. Dell Computer Corp | A | Dividend | J | T | | | | | |
| 11. First Energy (FE) | A | Dividend | J | T | Buy | 3/1/12 | J | | |
| 12. | | | | | Buy (add'l) | 6/1/12 | J | | |
| 13. | | | | | Buy (add'l) | 9/1/12 | J | | |
| 14. | | | | | Buy (add'l) | 12/1/12 | J | | |
| 15. Scudder Technology | A | Dividend | J | T | | | | | |
| 16. Vanguard Mutual Funds-PA Tax-Free Municipal | A | Dividend | J | T | | | | | |
| 17. Vanguard Mutual Funds - S&P Index 500 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Mutual Funds - Capital Opportunity Fund | A | Dividend | J | T | | | | | |
| 19. Vanguard Mutual Funds - Intl Emerging Markets | A | Dividend | J | T | | | | | |
| 20. Vanguard Mutual Funds - Precious Metals & Mining | A | Dividend | J | T | | | | | |
| 21. Abbot Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 22. ACE Ltd (ACE) | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 23. Activision Blizzard Inc (ATVI) | A | Dividend | | | Sold | 09/12/12 | J | A | |
| 24. Aecom Technology Corp (ACM) | A | Dividend | | | Sold | 06/12/12 | J | A | |
| 25. AES Corp (AES) | A | Dividend | J | T | Buy | 1/5/12 | J | | |
| 26. | | | | | Buy (add'l) | 5/23/12 | J | | |
| 27. Ageas Sponsored ADR (AGESY) | A | Dividend | J | T | Buy | 4/16/12 | J | | |
| 28. | | | | | Buy (add'l) | 5/10/12 | J | | |
| 29. | | | | | Sold (part) | 8/1/12 | J | A | |
| 30. Alcoa Inc (AA) | A | Dividend | J | T | | | | | |
| 31. Allianz Se Ads (AZSEY) | A | Dividend | J | T | Sold (part) | 12/3/12 | J | A | |
| 32. Allstate Corp (ALL) | A | Dividend | J | T | Buy (add'l) | 3/2/12 | J | | |
| 33. Alstrom Adr (ALSMY) | A | Dividend | J | T | Buy (add'l) | 10/3/12 | J | | |
| 34. Alumina Ltd (AWC) | A | Dividend | J | T | Buy (add'l) | 2/4/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 36. AMC Networks Inc Ci A (AMCX) | A | Dividend | J | T | | | | | |
| 37. American Capital Agency (AGNC) | A | Dividend | J | T | Buy (add'l) | 4/4/12 | J | | |
| 38. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 39. American Electric Power Co (AEP) | A | Dividend | J | T | | | | | |
| 40. American Water Works Co (AWK) | A | Dividend | J | T | Sold (part) | 2/7/12 | J | A | |
| 41. Amylin Pharmaceuticals Inc (AMLN) | A | Dividend | | | Sold | 5/24/12 | J | A | |
| 42. Anadarko Pete (APC) | A | Dividend | J | T | Buy (add'l) | 1/31/12 | J | | |
| 43. | | | | | Buy (add'l) | 4/12/12 | J | | |
| 44. | | | | | Buy (add'l) | 6/1/12 | J | | |
| 45. Analog Devices Inc (ADI) | A | Dividend | J | T | | | | | |
| 46. Anglogold Ashanti Limited (AU) | A | Dividend | J | T | Buy (add'l) | 11/15/12 | J | | |
| 47. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 48. Annaly Capital Mngmt Inc (NLY) | A | Dividend | J | T | Sold (part) | 6/29/12 | J | A | |
| 49. | | | | | Buy (add'l) | 8/6/12 | J | | |
| 50. Astrazeneca Plc Ads (AZN) | A | Dividend | | | Sold | 9/17/12 | J | A | |
| 51. AT&T Inc (T) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Autodesk Inc Delaware (ADSK) | A | Dividend | J | T | Buy (add'l) | 8/28/12 | J | | |
| 53. Avanced Micro Devices (AMD) | A | Dividend | | | Sold | 6/27/12 | J | A | |
| 54. Avery Dennison Corporation (AVY) | A | Dividend | J | T | | | | | |
| 55. Axis Capital Holdings Ltd (AXS) | A | Dividend | J | T | Buy (add'l) | 2/9/12 | J | | |
| 56. Babcock & Wilcox Company (BWC) | A | Dividend | J | T | | | | | |
| 57. Banco Santander Brasil SA ADS (BSBR) | A | Dividend | J | T | Buy | 10/12/12 | J | | |
| 58. | | | | | Buy (add'l) | 10/18/12 | J | | |
| 59. | | | | | Buy (add'l) | 11/6/12 | J | | |
| 60. Barrick Gold Corp (ABX) | A | Dividend | J | T | Sold (part) | 3/28/12 | J | A | |
| 61. | | | | | Buy (add'l) | 7/26/12 | J | | |
| 62. | | | | | Buy (add'l) | 7/27/12 | J | | |
| 63. | | | | | Sold (part) | 9/21/12 | J | A | |
| 64. Baxter Intl Inc (BAX) | A | Dividend | J | T | Buy | 7/27/12 | J | | |
| 65. BCE Inc (New) (BCE) | A | Dividend | J | T | | | | | |
| 66. Biogen Idec Inc (BIIB) | A | Dividend | J | T | Sold (part) | 6/26/12 | J | B | |
| 67. Bk Montreal (BMO) | A | Dividend | J | T | | | | | |
| 68. Boeing Co (BA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Boradrdige Fin Solu.llc *BR) | A | Dividend | J | T | | | | | |
| 70. Boston Scientific Corp (BSX) | A | Dividend | J | T | | | | | |
| 71. Brandywine Realty Tr Sbi New (BDN) | A | Dividend | J | T | | | | | |
| 72. Bristol Myers Squibb (BMY) | A | Dividend | J | T | | | | | |
| 73. Broadcom Corp Cl A (BRCM) | A | Dividend | J | T | | | | | |
| 74. Broadridge Fin Solu LLC (BR) | A | Dividend | J | T | | | | | |
| 75. Brocade Commun Systems Inc (BRCD) | A | Dividend | | | Sold | 7/3/12 | J | A | |
| 76. CA Incorporated (CA) | A | Dividend | J | T | Buy | 5/24/12 | J | | |
| 77. Cablevision Systems Corp (CVC) | A | Dividend | J | T | Buy (add'l) | 2/14/12 | J | | |
| 78. | | | | | Sold (part) | 12/26/12 | J | B | |
| 79. Cameco Corp (CCJ) | A | Dividend | J | T | Buy (add'l) | 11/13/12 | J | | |
| 80. Capital One Financial Corp (COF) | A | Dividend | J | T | Buy | 3/28/12 | J | | |
| 81. | | | | | Buy (add'l) | 8/24/12 | J | | |
| 82. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 83. Carefusion Corp (CFN) | A | Dividend | | | Sold | 7/3/12 | J | A | |
| 84. Carrefour Sa Sponsored Adr (CRRFY) | A | Dividend | J | T | Buy (add'l) | 4/13/12 | J | | |
| 85. | | | | | Buy (add'l) | 7/25/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 7/31/12 | J | A | |
| 87. | | | | | Sold (part) | 9/7/12 | J | A | |
| 88. Centerpoint Energy Inc (CNP) | A | Dividend | | | Sold | 4/30/12 | J | A | |
| 89. Centrais Elec Bras Sp Adr Cm (EBR) (X) | A | Dividend | J | T | Buy (add'l) | 2/14/12 | J | | |
| 90. | | | | | Buy (add'l) | 6/21/12 | J | | |
| 91. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 92. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 93. Chevron Corp (CVX) | A | Dividend | | | Sold | 4/30/12 | J | A | |
| 94. Chimera Investment Corp (CIM) (Y) | | | | | | | | | |
| 95. Chubb Corp (CB) | A | Dividend | J | T | | | | | |
| 96. Cincinnati Financial Ohio (CINF) | A | Dividend | J | T | | | | | |
| 97. Cinemark Holdings Inc (CNNK) | A | Dividend | | | Sold | 2/7/12 | J | A | |
| 98. Citigroup Capital IX Trust Pfd Securities | A | Interest | J | T | | | | | |
| 99. Citigroup Inc New C | A | Dividend | J | T | Buy (add'l) | 1/18/12 | J | | |
| 100. Citrix Systems Inc (CTXS) | A | Dividend | J | T | Buy (add'l) | 10/19/12 | J | | |
| 101. Clorox Co De (CLX) | A | Dividend | J | T | | | | | |
| 102. CME Group Inc (CME) | A | Dividend | J | T | Buy | 2/8/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CMS Energy Cp (CMS) | A | Dividend | | | Sold | 7/6/12 | J | A | |
| 104. Colonial Properties Tr Alabama (CLP) | A | Dividend | | | Sold | 1/18/12 | J | A | |
| 105. Comcast Corp Cl A Special New (CMCSK) | A | Dividend | J | T | Sold (part) | 6/26/12 | J | A | |
| 106. Conocophillips (COP) | A | Dividend | | | Sold | 2/3/12 | J | A | |
| 107. Cons Edison Inc (Hldg Co) (ED) | A | Dividend | | | Sold | 1/10/12 | J | A | |
| 108. Constellation Energy Gp Inc (CEG) (Y) - Exchange Out | | | | | | | | | |
| 109. Covidien Plc New (COV) | A | Dividend | J | T | | | | | |
| 110. Cree Research Inc (CREE) | A | Dividend | J | T | Buy (add'l) | 2/14/12 | J | | |
| 111. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 112. | | | | | Sold (part) | 12/26/12 | J | A | |
| 113. CVS Caremark Corp (CVS) | A | Dividend | J | T | Sold (part) | 5/29/12 | J | A | |
| 114. Dai Nipppn Prgt Ltd Japan (DNPLY) | A | Dividend | J | T | Buy (add'l) | 2/14/12 | J | | |
| 115. Daiichi Sankyo Co Ltd Spon Adr (DSNKY) | A | Dividend | J | T | | | | | |
| 116. Digital Realty Trust Inc (DLR) | A | Dividend | J | T | | | | | |
| 117. Directiv Geoup Cl A (DTV) | A | Dividend | J | T | | | | | |
| 118. Dolby Cla A Com Stk (DLB) | A | Dividend | J | T | Buy (add'l) | 8/7/12 | J | | |
| 119. | | | | | Sold (part) | 12/26/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Donnelley R R & Sons Co (DD) | A | Dividend | | | Sold | 12/26/12 | J | B | |
| 121. Du Pont Ei De Nemours & Co (DD) | A | Dividend | | | Sold | 10/24/12 | J | A | |
| 122. Duke Energy Corp Hlding Co (DUK) | A | Dividend | J | T | Sold (part) | 7/3/12 | J | A | |
| 123. East Japan Ry Co Adr (EJPRY) | A | Dividend | J | T | | | | | |
| 124. El Paso Corporation (EP) | A | Dividend | | | Sold | 1/30/12 | J | A | |
| 125. El Paso Ener Cap Ser | A | Interest | | | Sold | 9/11/12 | K | C | |
| 126. Elan PLC (ELN) | A | Dividend | K | T | | | | | |
| 127. Electricite De France Adr (ECIFY) | A | Dividend | J | T | Sold (part) | 12/26/12 | J | A | |
| 128. Eli Lilly & Co (LLY) | A | Dividend | J | T | | | | | |
| 129. Embraer S A Adr (ERJ) | A | Dividend | | | Sold | 2/15/12 | J | A | |
| 130. EMC Corp Mass (EMC) | A | Dividend | J | T | | | | | |
| 131. Emerson Electric Co (EMR) | A | Dividend | | | Sold | 6/25/12 | J | A | |
| 132. Endurance Spclty Hldgs Ltd (ENH) | A | Dividend | J | T | | | | | |
| 133. Energen Corp (EGN) | A | Dividend | | | Sold | 4/26/12 | J | A | |
| 134. Energizer Holdgs Inc (ENR) | A | Dividend | | | Sold | 9/21/12 | J | A | |
| 135. Energy Transfer Partners LP (ETP) | A | Dividend | J | T | | | | | |
| 136. Energy XXI Bermuda Ltd Com New (EXXI) | A | Dividend | J | T | Buy (add'l) | 4/19/12 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 138. Enerplus Corp Com (ERF) | A | Dividend | | | Sold | 6/20/12 | J | A | |
| 139. Entergy Corp New (ETR) | A | Dividend | J | T | | | | | |
| 140. EQT Corporation Com New (EQT) | A | Dividend | J | T | | | | | |
| 141. Ericsson (Eric) | A | Dividend | J | T | Buy | 2/8/12 | J | | |
| 142. | | | | | Buy (add'l) | 2/13/12 | J | | |
| 143. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 144. | | | | | Buy (add'l) | 9/24/12 | J | | |
| 145. | | | | | Buy (add'l) | 10/26/12 | J | | |
| 146. Exelon Corp (ECX) (X) | A | Dividend | J | T | Sold (part) | 3/16/12 | J | A | |
| 147. Exxon Mobile Corp (XOM) | A | Dividend | J | T | Buy | 7/2/12 | J | | |
| 148. Fifth 3rd Bancorp Ohio (FITB) | A | Dividend | | | Sold | 10/19/12 | J | A | |
| 149. Finmeccanica Spa Roma (FINMY) | A | Dividend | J | T | Buy (add'l) | 2/8/12 | J | | |
| 150. | | | | | Buy (add'l) | 3/7/12 | J | | |
| 151. | | | | | Buy (add'l) | 6/6/12 | J | | |
| 152. | | | | | Sold (part) | 12/26/12 | J | A | |
| 153. First American Finl Corp (FAF) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Firstenergy Corp (FE) | A | Dividend | K | T | | | | | |
| 155. Fluor Corp New (FLR) | A | Dividend | J | T | | | | | |
| 156. Forest Laboratories Inc (FRX) | A | Dividend | J | T | | | | | |
| 157. Freeport McMoran CP&Gld (FCX) | A | Dividend | J | T | | | | | |
| 158. Fujifilm Hldgs Corp Adr (FUJIY) | A | Dividend | J | T | Buy (add'l) | 2/14/12 | J | | |
| 159. Gazprom O A O Spon Adr (OGZPY) | A | Dividend | J | T | Sold (part) | 1/25/12 | J | A | |
| 160. | | | | | Buy (add'l) | 5/23/12 | J | | |
| 161. General Electric Co (GE) | A | Dividend | J | T | Sold (part) | 1/31/12 | J | A | |
| 162. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 163. Georgia Gulf Corporation (GGC) | A | Dividend | J | T | Buy | 8/31/12 | J | | |
| 164. Genuine Parts Co (GPC) | A | Dividend | J | T | Buy (add'l) | 12/14/12 | J | | |
| 165. Gilead Sciense (GILD) | A | Dividend | | | Sold | 4/9/12 | J | A | |
| 166. Glazosmithkline Plc Ads (GSK) | A | Dividend | J | T | | | | | |
| 167. Global Payment Inc (GPN) | A | Dividend | J | T | Buy | 10/19/12 | J | | |
| 168. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 169. Gold Fields Ltd Sp Adr (GFI) | A | Dividend | J | T | | | | | |
| 170. Grace Wr & Co Dela New (GRA) | A | Dividend | J | T | Buy (add'l) | 4/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Great Plains Energy Inc (GXP) | A | Dividend | | | Sold | 3/15/12 | J | A | |
| 172. | | | | | Sold | 8/16/12 | J | A | |
| 173. H J Heinz Co (HNZ) | A | Dividend | K | T | Sold (part) | 2/8/12 | J | A | |
| 174. | | | | | Buy (add'l) | 4/13/12 | J | | |
| 175. Hachijuni Bank Ltd Adr (HACBY) | A | Dividend | | | Sold | 11/1/12 | J | A | |
| 176. | | | | | Sold | 12/6/12 | J | A | |
| 177. Haemonetics Corp (HAE) | A | Dividend | J | T | | | | | |
| 178. Harman Intl Inds New (HAR) | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 179. Hasbro Inc (HAS) | A | Dividend | J | T | | | | | |
| 180. Hartford Fin Sers Grp Inc (HIG) | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 181. HCP Incorporated (HCP) | A | Dividend | J | T | Sold (part) | 2/7/12 | J | A | |
| 182. Health Care REIT Inc (HCN) | A | Dividend | J | T | Buy (add'l) | 2/28/12 | J | | |
| 183. | | | | | Sold (part) | 4/26/12 | J | A | |
| 184. Home Retail Group Adr (HMRTY) | A | Dividend | J | T | Sold (part) | 1/10/12 | J | A | |
| 185. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 186. | | | | | Buy (add'l) | 5/18/12 | J | | |
| 187. | | | | | Sold (part) | 10/30/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 12/31/12 | J | A | |
| 189. Honeywell International Inc (HON) (Y) | | | | | | | | | |
| 190. Hospitality Pptys Tr Com Sbi (HPT) | A | Dividend | J | T | | | | | |
| 191. Hudson City Bancorp Inc (HCBK) | A | Dividend | J | T | | | | | |
| 192. Human Genome Sciences Inc (HGSI) | A | Dividend | | | Buy (add'l) | 2/14/12 | J | | |
| 193. | | | | | Buy (add'l) | 2/16/12 | J | | |
| 194. | | | | | Sold | 7/19/12 | J | A | |
| 195. Hutchison Telecommunications (HTHKY) (X) | A | Dividend | | | Sold | 5/14/12 | J | A | |
| 196. II VI Inc (IIVI) | A | Dividend | K | T | | | | | |
| 197. Immunogen Inc (IMGN) | A | Dividend | J | T | | | | | |
| 198. Impala Platinum Hldgs Ltd Adr (IMPUY) | A | Dividend | J | T | Buy | 3/29/12 | J | | |
| 199. | | | | | Buy (add'l) | 8/24/12 | J | | |
| 200. ING Groep Nv Adr | A | Dividend | J | T | Buy | 5/9/12 | J | | |
| 201. | | | | | Buy (add'l) | 6/27/12 | J | | |
| 202. Ingersoll-Rand Plc (IR) | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 203. | | | | | Buy (add'l) | 6/20/12 | J | | |
| 204. Intel Corp (INTC) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. International Paper Co (IP) | A | Dividend | J | T | | | | | |
| 206. Invesco Ltd (IVZ) | A | Dividend | J | T | | | | | |
| 207. Ishares Russell 3000 Growth Fd (IWZ) | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 208. Ishares Russell 3000 Index Fd (IWV) | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 209. Isis Pharm Inc (ISIS) | A | Dividend | J | T | | | | | |
| 210. ITC Holdings (ITC) | A | Dividend | J | T | Buy | 12/14/12 | J | | |
| 211. Ivanhoe Mines Ltd (IVN) (Y) | | | | | | | | | |
| 212. Jack In The Box Inc | A | Dividend | J | T | | | | | |
| 213. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy (add'l) | 5/23/12 | J | | |
| 214. | | | | | Buy (add'l) | 6/26/12 | J | | |
| 215. | | | | | Buy (add'l) | 7/30/12 | J | | |
| 216. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | Buy (add'l) | 3/2/12 | J | | |
| 217. | | | | | Sold (part) | 5/17/12 | J | A | |
| 218. KB Financial Grp Inc Sons Adr (KB) | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 219. Kinder Morgan Mgmt LLC (KMR) | A | Dividend | J | T | Sold (part) | 2/14/12 | J | A | |
| 220. | | | | | Sold (part) | 5/15/12 | J | A | |
| 221. | | | | | Sold (part) | 8/14/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 11/14/12 | J | A | |
| 223. Kinross Gold Corp New (KGC) | A | Dividend | J | T | Buy (add'l) | 1/18/12 | J | | |
| 224. | | | | | Buy (add'l) | 5/22/12 | J | | |
| 225. | | | | | Buy (add'l) | 11/8/12 | J | | |
| 226. Knight Cap Grp Inc (KCG) | A | Dividend | | | Sold | 1/23/12 | J | A | |
| 227. | | | | | Sold | 4/2/12 | J | A | |
| 228. Korea Electric Power Corp Ads (KEP) | A | Dividend | J | T | Sold (part) | 12/20/12 | J | A | |
| 229. Kraft Foods Inc CL A (KFT) | A | Dividend | J | T | Sold (part) | 3/1/12 | J | A | |
| 230. | | | | | Sold (part) | 5/29/12 | J | A | |
| 231. | | | | | Buy (add'l) | 6/28/12 | J | | |
| 232. | | | | | Sold (part) | 10/1/12 | J | A | |
| 233. L-3 Communications Holding Inc (LLL) | A | Dividend | J | T | | | | | |
| 234. Liberty Interactive Co Inter A (LINTA) | A | Dividend | J | T | Sold (part) | 8/22/12 | J | A | |
| 235. | | | | | Sold (part) | 12/12/12 | J | A | |
| 236. Liberty Media Co Liberty Cap A (LMCA) | A | Dividend | J | T | | | | | |
| 237. Limited Brands Inc (LTD) | A | Dividend | J | T | Sold (part) | 2/16/12 | J | A | |
| 238. Linnco LLC (LNCO) | A | Dividend | J | T | Buy | 12/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. M&T Bank Corp (MTB) | A | Dividend | J | T | | | | | |
| 240. Manpowergroup Inc (MAN) | A | Dividend | J | T | Buy | 7/20/12 | J | | |
| 241. Marathon Oil Co (MRO) | A | Dividend | J | T | Buy | 1/31/12 | J | | |
| 242. | | | | | Buy (add'l) | 4/19/12 | J | | |
| 243. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 244. Marine Harvest Asa Adr (MNHVY) | A | Dividend | J | T | Sold (part) | 6/28/12 | J | A | |
| 245. | | | | | Sold (part) | 12/11/12 | J | A | |
| 246. Mattel Inc (MAT) | A | Dividend | J | T | | | | | |
| 247. Maxim Integrated Products Inc (MXIM) | A | Dividend | J | T | | | | | |
| 248. McGraw Hills Cos Inc (MHP) (Y) | | | | | | | | | |
| 249. McKesson Corp (MCK) | A | Dividend | J | T | | | | | |
| 250. Meadwestvaco Corp (MWV) | A | Dividend | | | Sold | 10/22/12 | J | A | |
| 251. | | | | | Sold | 11/21/12 | J | A | |
| 252. Medtronic Inc (MDT) | A | Dividend | J | T | | | | | |
| 253. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | Buy (add'l) | 4/25/12 | J | | |
| 254. | | | | | Sold (part) | 7/24/12 | J | A | |
| 255. Metlife Incorporated (MET) | A | Dividend | | | Buy (add'l) | 6/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 257. | | | | | Sold | 12/19/12 | J | A | |
| 258. MFA Financial Inc (MFA) (Y) | | | | | | | | | |
| 259. Microchip Technology Inc (MCP) | A | Dividend | J | T | | | | | |
| 260. MGM Resorts International (MGM) | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 261. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy (add'l) | 8/24/12 | J | | |
| 262. Mine Safety Appliances Co (MSA) | A | Dividend | J | T | | | | | |
| 263. Mondelez Intl Inc (MDLZ) | A | Dividend | J | T | Buy | 6/28/12 | J | | |
| 264. MS&AD Ins Group Hldgs Adr (MSADY) | A | Dividend | J | T | Buy (add'l) | 7/24/12 | J | | |
| 265. MSSB Spctrm Currency (Est. Val) | A | Dividend | J | T | | | | | |
| 266. MSSB Spctrm Strategic (Est. Val) | A | Dividend | J | T | | | | | |
| 267. MSSB Spctrm Tech (Est. Val) | A | Dividend | J | T | | | | | |
| 268. Natl Fuel Gas Co (NFG) | A | Dividend | J | T | Buy | 12/13/12 | J | | |
| 269. National Oilwell Varco Inc (NOV) | A | Dividend | J | T | Sold (part) | 2/3/12 | J | A | |
| 270. Natl Grid Transco Plc Ads (NGG) | A | Dividend | J | T | | | | | |
| 271. New York Community Bancorp Inc (NYB) | A | Dividend | J | T | | | | | |
| 272. Newcrest Mining Ltd Spons Adr (NCMGY) | A | Dividend | J | T | Buy (add'l) | 4/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 274. | | | | | Sold (part) | 9/21/12 | J | A | |
| 275. | | | | | Sold (part) | 9/24/12 | J | A | |
| 276. Newfield Expl Co (NFX) (Y) | | | | | | | | | |
| 277. Nexen Inc (NXY) | A | Dividend | J | T | Buy (add'l) | 3/6/12 | J | | |
| 278. | | | | | Sold (part) | 7/26/12 | J | A | |
| 279. Nintendo Co Ltd Adr New (NTDOY) | A | Dividend | J | T | Buy (add'l) | 12/28/12 | J | | |
| 280. Nippon Telegraph & Telephone Ads (NTT) | A | Dividend | J | T | | | | | |
| 281. Nisource Inc (NI) | A | Dividend | J | T | | | | | |
| 282. Nokia Cp Adr (NOK) | A | Dividend | | | Buy (add'l) | 2/14/12 | J | | |
| 283. | | | | | Buy (add'l) | 6/1/12 | J | | |
| 284. | | | | | Buy (add'l) | 6/28/12 | J | | |
| 285. | | | | | Sold | 10/3/12 | J | A | |
| 286. Northeast Utilities (NU) | A | Dividend | | | Sold | 8/1/12 | J | A | |
| 287. Nucor Corporation (NUE) | A | Dividend | J | T | Buy (add'l) | 10/19/12 | J | | |
| 288. Nuveen Pennsylvania Muni (NPN) | B | Dividend | K | T | Buy | 5/21/12 | J | | |
| 289. Old Republic Intl Cp (ORI) | A | Dividend | J | T | Buy (add'l) | 5/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 291. Omega Healthcare Inv Inc (OHI) | A | Dividend | J | T | Buy | 10/17/12 | J | | |
| 292. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 293. Omnicom Group (OMC) | A | Dividend | J | T | | | | | |
| 294. Oneok Inc New (OKE) | A | Dividend | J | T | | | | | |
| 295. Orkla Adr (ORKLY) | A | Dividend | J | T | Buy | 8/29/12 | J | | |
| 296. Pall Corporation (PLL) | A | Dividend | J | T | | | | | |
| 297. Panasonic Corp - Spon Adr (PC) | A | Dividend | J | T | Buy (add'l) | 2/14/12 | J | | |
| 298. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 299. Pembina Pipeline Corp (PBA) (X) | A | Dividend | J | T | Sold (part) | 4/2/12 | J | A | |
| 300. Pentair Ltd (PNR) (X) | A | Dividend | J | T | Sold (part) | 9/28/12 | J | A | |
| 301. Pfizer Inc (PFE) | A | Dividend | J | T | Buy (add'l) | 4/23/12 | J | | |
| 302. | | | | | Buy (add'l) | 7/30/12 | J | | |
| 303. PNC Finl Svcs GP (PNC) | A | Dividend | J | T | | | | | |
| 304. Polyus Gold Intl Ltd Spon Gdr (PLZLY) | A | Dividend | J | T | | | | | |
| 305. PPL Corporation (PPL) | A | Dividend | J | T | | | | | |
| 306. Progress Energy Inc (PGN) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  Prothena CP PLC Ord (PRTA) | A | Dividend | J | T | Buy | 12/24/12 | J | | |
| 308.  Provident Energy Ltd New Com (PVX) | A | Dividend | J | T | | | | | |
| 309.  PT Telekomunikasi Indonesia (TLK) | A | Dividend | | | Sold | 5/2/12 | J | A | |
| 310. | | | | | Sold | 7/19/12 | J | A | |
| 311.  Qualcomm Inc (QCOM) | A | Dividend | J | T | Buy | 6/20/12 | J | | |
| 312.  Range Resources Corp (RRC) | A | Dividend | | | Sold | 3/29/12 | J | A | |
| 313. | | | | | Sold | 5/9/12 | J | A | |
| 314.  Regal Entertainment Grp (RGC) | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 315.  Renaissance RE Holdings Ltd (RNR) | A | Dividend | | | Sold | 6/26/12 | J | A | |
| 316. | | | | | Sold | 10/15/12 | J | A | |
| 317.  RF Micro Devices Inc (RFMD) | A | Dividend | J | T | Buy | 9/25/12 | J | | |
| 318.  Rockwell Collins Inc (COL) | A | Dividend | J | T | | | | | |
| 319.  Rohm Co Ltd Unspons Adr (ROHCY) | A | Dividend | J | T | Buy (add'l) | 6/11/12 | J | | |
| 320.  Royal Dutch Shell Plc Cl B (RDS'B) (Y) | | | | | | | | | |
| 321.  Sandisk Corp (SNDK) | A | Dividend | J | T | Buy (add'l) | 4/13/12 | J | | |
| 322.  Sanofi Adr (SNY) | A | Dividend | J | T | Buy (add'l) | 2/8/12 | J | | |
| 323. | | | | | Sold (part) | 8/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Sanofi Cvr Rts 123120 (GCVRZ) | A | Dividend | | | Sold | 9/28/12 | J | A | |
| 325. Scana Corp New (SCG) | A | Dividend | J | T | | | | | |
| 326. Seadrill Ltd (SDRL) | A | Dividend | J | T | Sold (part) | 3/14/12 | J | A | |
| 327. | | | | | Sold (part) | 4/16/12 | J | A | |
| 328. Seagate Technology Plc (STX) | A | Dividend | J | T | | | | | |
| 329. Sekisui House Ltd Adr (SKHSY) | A | Dividend | J | T | | | | | |
| 330. Sempra Energy (SRE) | A | Dividend | J | T | | | | | |
| 331. Senior Hsg Ppty Tr Sbi (SNH) | A | Dividend | J | T | Buy | 10/17/12 | J | | |
| 332. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 333. Seven & I Holdgs Co Ltd Adr (SVNDY) | A | Dividend | J | T | Sold (part) | 5/15/12 | J | A | |
| 334. Shiseido Ltd Spon Adr (SSDOY) | A | Dividend | J | T | Buy (add'l) | 8/6/12 | J | | |
| 335. Siemens Aktiengesellschaft (SI) | A | Dividend | J | T | | | | | |
| 336. Sirius XM Radio Inc Com | A | Dividend | | | Sold | 9/19/12 | J | A | |
| 337. | | | | | Sold | 10/19/12 | J | A | |
| 338. SK Telecom Co Ltd (SKM) | A | Dividend | J | T | Buy (add'l) | 1/5/12 | J | | |
| 339. | | | | | Buy (add'l) | 2/8/12 | J | | |
| 340. | | | | | Buy (add'l) | 5/2/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 6/1/12 | J | | |
| 342. | | | | | Sold (part) | 10/19/12 | J | A | |
| 343. SLM Corp Variable (ISM) | A | Interest | K | T | Buy | 9/6/12 | J | | |
| 344. Societe Generale Sp Adr (SCGLY) | A | Dividend | | | Sold | 2/13/12 | J | A | |
| 345. Sonoco Products Co (SON) | A | Dividend | J | T | Buy (add'l) | 7/11/12 | J | | |
| 346. Spdr Gold Tr Gold Shs (GLD) | A | Dividend | J | T | | | | | |
| 347. Spectra Energy Corp Com (SE) | A | Dividend | J | T | | | | | |
| 348. STHN Un Co New (SUG) (Y) | | | | | | | | | |
| 349. St Jude Medical Inc (ST J) | A | Dividend | J | T | | | | | |
| 350. Statoil Asa Adr (STO) | A | Dividend | J | T | | | | | |
| 351. Sumitomo Mitsui Tr Hldgs Inc (SUTNY) | A | Dividend | J | T | Buy (add'l) | 6/13/12 | J | | |
| 352. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 353. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 354. Sun Communities Inc (SUI) | A | Dividend | J | T | Buy | 1/12/12 | J | | |
| 355. | | | | | Buy (add'l) | 2/22/12 | J | | |
| 356. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 357. Suntrust Bks (STI) | A | Dividend | J | T | Buy (add'l) | 9/6/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Swisscom Ag Adr (SCMWY) | A | Dividend | J | T | | | | | |
| 359. Sysco Corp (SYY) | A | Dividend | J | T | Buy | 9/27/12 | J | | |
| 360. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 361. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 362. Talisman Energy Inc (TLM) | A | Dividend | J | T | Buy (add'l) | 1/26/12 | J | | |
| 363. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 364. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 365. Te Connectivity Ltd New (TEL) | A | Dividend | J | T | | | | | |
| 366. Teco Energy (TE) | A | Dividend | J | T | Buy | 9/28/12 | J | | |
| 367. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 368. Tel & Data Systems Inc (TDS'S) | A | Dividend | J | T | | | | | |
| 369. Telecom Italia Spa (New) Svgs Sh (TI'A) | A | Dividend | J | T | Buy (add'l) | 2/14/12 | J | | |
| 370. | | | | | Buy (add'l) | 4/17/12 | J | | |
| 371. Telefonica Sa Adr (TEF) | A | Dividend | | | Sold | 5/30/12 | J | A | |
| 372. Teva Pharmaceuticals Adr (TEVA) | A | Dividend | J | T | Buy | 9/11/12 | J | | |
| 373. | | | | | Buy (add'l) | 9/18/12 | J | | |
| 374. | | | | | Buy (add'l) | 9/20/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 376. | | | | | Buy (add'l) | 10/11/12 | J | | |
| 377. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 378. The ADT Corporation (ADT) (X) | A | Dividend | J | T | | | | | |
| 379. The China Fund Inc (CHN) | A | Dividend | J | T | | | | | |
| 380. The Mosaic Co (HLDG Co) New (MOS) | A | Dividend | J | T | Buy (add'l) | 11/15/12 | J | | |
| 381. Time Warner Inc New (TWX) | A | Dividend | | | Sold | 3/28/12 | J | A | |
| 382. | | | | | Sold | 8/29/12 | J | A | |
| 383. TNT Express Nv TNTEY) (X) | A | Dividend | | | Sold | 1/24/12 | J | A | |
| 384. | | | | | Sold | 2/28/12 | J | A | |
| 385. | | | | | Sold | 2/29/12 | J | A | |
| 386. | | | | | Sold | 3/5/12 | J | A | |
| 387. Total S A Spon Adr (TOT) | A | Dividend | J | T | Buy | 6/21/12 | J | | |
| 388. Toyota Motor Cp Adr New | A | Dividend | J | T | | | | | |
| 389. Transocean Ltd (RIG) | A | Dividend | | | Sold | 4/10/12 | J | A | |
| 390. | | | | | Sold | 8/23/12 | J | A | |
| 391. Tyco International Ltd New (TYC) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  U S Bancorp Com New (USB) | A | Dividend | | | Sold | 3/7/12 | J | A | |
| 393.  UBS AG New (UBS) | A | Dividend | J | T | Buy (add'l) | 2/9/12 | J | | |
| 394. | | | | | Buy (add'l) | 7/18/12 | J | | |
| 395. | | | | | Buy (add'l) | 8/1/12 | J | | |
| 396. | | | | | Sold (part) | 11/18/12 | J | A | |
| 397.  Ultra Petroleum Corp (UPL) | A | Dividend | | | Buy (add'l) | 8/29/12 | J | | |
| 398. | | | | | Sold | 10/10/12 | J | A | |
| 399.  Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 400.  UnitedHealth Gp Inc (UNH) | A | Dividend | J | T | Sold (part) | 7/31/12 | J | A | |
| 401.  Valley Natl Bancorp (VLY) | A | Dividend | J | T | Sold (part) | 5/25/12 | J | A | |
| 402.  Vanguard Msci Eafe Etf (VEA) | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 403.  Verizon Communications (VZ) | A | Dividend | J | T | Sold (part) | 4/24/12 | J | A | |
| 404.  Vertex Pharmacueticals (VRTX) | A | Dividend | J | T | | | | | |
| 405.  Vivendi Sa Unspon Adr (VIVHY) | A | Dividend | J | T | Buy | 3/15/12 | J | | |
| 406. | | | | | Buy (add'l) | 4/15/12 | J | | |
| 407.  Vodafone Gp Plc Ads New (VOD) | A | Dividend | J | T | | | | | |
| 408.  WABTEC (WAB) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Wacoal Cp Adr (WACLY) | A | Dividend | J | T | | | | | |
| 410. Walgreen Co (WAG) (X) | A | Dividend | | | Sold | 1/10/12 | J | A | |
| 411. Weatherford International Ltd (WFT) | A | Dividend | J | T | Sold (part) | 1/19/12 | J | A | |
| 412. | | | | | Buy (add'l) | 6/21/12 | J | | |
| 413. | | | | | Buy (add'l) | 8/24/12 | J | | |
| 414. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 415. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 416. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 417. | | | | | Sold (part) | 12/26/12 | J | A | |
| 418. Wells Fargo & Co New (WFC) | A | Dividend | J | T | | | | | |
| 419. Williams Co Inc (WMB) | A | Dividend | J | T | Buy (add'l) | 1/9/12 | J | | |
| 420. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 421. | | | | | Buy (add'l) | 4/23/12 | J | | |
| 422. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 423. Windstream Corp (WIN) | A | Dividend | | | Sold | 12/19/12 | J | A | |
| 424. Wolters Kluwer Nv Spon Adr (WTKWY) | A | Dividend | J | T | | | | | |
| 425. Wyndham Worldwide Corp (WYN) | A | Dividend | | | Sold | 7/30/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 8/17/12 | J | A | |
| 427. Xcel Energy Inc (XEL) | A | Dividend | J | T | | | | | |
| 428. Xerox Corp (XRX) | A | Dividend | J | T | | | | | |
| 429. YPF Sociedad Ads Rep 1 Cl-d Sh (YPF) | A | Dividend | | | Sold | 2/17/12 | J | A | |
| 430. Zimmer Hldgs Inc (ZMH) | A | Dividend | J | T | | | | | |
| 431. Morgan Stanley Bank Accounts | A | Interest | K | T | | | | | |
| 432. Prime Fund Daily Money Class MM (FDAXX) (X) | A | Interest | J | T | | | | | |
| 433. Aberdeen Select Intl Equity Fd (JETIX) (X) | A | Dividend | | | Sold | 7/12/12 | L | A | |
| 434. Columbia Marsico Focused Eq (NFEAX) (X) | A | Dividend | | | Sold | 4/24/12 | L | C | |
| 435. Delaware Value Fund (DDVIX) (X) | B | Dividend | L | T | Buy (add'l) | 3/6/12 | K | | |
| 436. | | | | | Sold (part) | 4/24/12 | J | A | |
| 437. | | | | | Sold (part) | 10/15/12 | J | A | |
| 438. Franklin Small Cap Value Advisor (FVADX) (X) | A | Dividend | J | T | Buy (add'l) | 3/6/12 | J | | |
| 439. Harbor Capital Appreciat Instl (HACAX) (X) | A | Dividend | L | T | Buy (add'l) | 3/6/12 | K | | |
| 440. | | | | | Sold (part) | 4/24/12 | J | A | |
| 441. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 442. Invesco Developing Markets (GTDDX) (X) | A | Dividend | J | T | Buy (add'l) | 3/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 10/15/12 | J | A | |
| 444. Invesco Intl Growth Fund (AIIEX) | A | Dividend | L | T | Buy | 7/13/12 | L | | |
| 445. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 446. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 447. JPMorgan Large Cap Growth Select (SEEGX) | B | Dividend | L | T | Buy | 4/24/12 | L | | |
| 448. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 449. Mainstay Icap Select Eqty Fd Cl (ICSRX) (X) | A | Dividend | L | T | Buy (add'l) | 3/6/12 | K | | |
| 450. | | | | | Sold (part) | 10/15/12 | J | A | |
| 451. Perkins Mid Cap Value Class 1 (JMVAX) (X) | A | Dividend | K | T | Buy (add'l) | 3/6/12 | J | | |
| 452. | | | | | Sold (part) | 10/15/12 | J | A | |
| 453. Royce 100 Fund Service Class (RYOHX) (X) | A | Dividend | J | T | Buy (add'l) | 3/6/12 | J | | |
| 454. T Rowe Price Intl Discovery Fund (PRIDX) (X) | A | Dividend | J | T | Buy (add'l) | 3/6/12 | J | | |
| 455. | | | | | Sold (part) | 10/15/12 | J | A | |
| 456. T Rowe Price Mid Cap Growth (RPMGX) (X) | A | Dividend | K | T | Buy (add'l) | 3/6/12 | J | | |
| 457. | | | | | Sold (part) | 10/15/12 | J | A | |
| 458. T Rowe Price Real Estate Fund (TRREX) | A | Dividend | K | T | Buy | 4/24/12 | K | | |
| 459. | | | | | Sold (part) | 10/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 12/11/12 | J | A | |
| 461. Fidelity Advisor Fl Rate High (FFRIX) (X) | B | Dividend | K | T | Buy (add'l) | 3/6/12 | J | | |
| 462. | | | | | Sold (part) | 10/15/12 | J | A | |
| 463. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 464. Managers Bond (MGFIX) (X) | B | Dividend | K | T | Buy (add'l) | 3/6/12 | K | | |
| 465. | | | | | Sold (part) | 4/24/12 | J | A | |
| 466. | | | | | Sold (part) | 10/15/12 | J | A | |
| 467. Managers Pimco Bond Fund (MBDFX) (X) | C | Dividend | M | T | Buy (add'l) | 3/6/12 | K | | |
| 468. | | | | | Sold (part) | 4/24/12 | J | A | |
| 469. | | | | | Sold (part) | 10/15/12 | J | A | |
| 470. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 471. Wells Fargo Advt Intl Bond Fd (ESIDX) (X) | A | Dividend | K | T | Buy (add'l) | 3/6/12 | J | | |
| 472. | | | | | Buy (add'l) | 4/24/12 | J | | |
| 473. | | | | | Sold (part) | 10/15/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 32 of 33 | Cohill, Jr., Maurice B. | 08/08/2013 |

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 33

Name of Person Reporting

Cohill, Jr., Maurice B.

Date of Report

08/08/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maurice B. Cohill, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544